# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pappert, Gerald J. | U.S. District Court, Eastern District of Pennsylvania | 10/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
601 Market Street, Room 5614
Philadelphia, PA 19106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General Partner | Marza, L.P. |
| 2. | Trustee | Trust No 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Pennsylvania State Employee's Retirement System Defined Benefit Pension Plan |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Pennsylvania State Retirement Benefits | $8,451.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 10/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pappert, Gerald J.** | 10/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | WAUTOSA WIS GO PROM NTS SER | B | Interest | M | T | | | | | |
| 2. | APPLE INC NOTE CALL MAKE WHOLE | A | Interest | K | T | | | | | |
| 3. | BOONE CNTY KY SCH DIST FIN CORP SCH | C | Interest | M | T | | | | | |
| 4. | CENTRAL GREENE PA SCH DIST GO BDS | B | Interest | M | T | | | | | |
| 5. | DISCOVER BK GREENWOOD DEL | A | Interest | | | Redeemed | 06/18/19 | K | | |
| 6. | GOLDMAN SACHS BK USA NY CD | A | Interest | K | T | | | | | |
| 7. | JACKSON CNTY MO REORG SCH DIST NO 01 | B | Interest | M | T | | | | | |
| 8. | MORRIS PLAINS NJ SCH DIST | C | Interest | M | T | | | | | |
| 9. | MORRIS TWP NJ GO BDS | B | Interest | | | Redeemed | 10/15/19 | M | | |
| 10. | MOUNT LEBANON PA GO BDS SER | C | Interest | M | T | | | | | |
| 11. | ORACLE CORP BOND CALL MAKE WHOLE | A | Interest | K | T | | | | | |
| 12. | PARK CITY KANS GO REF BDS SER | B | Interest | M | T | | | | | |
| 13. | PFIZER INC NOTE CALL MAKE WHOLE | A | Interest | K | T | | | | | |
| 14. | ROMEO MICH CMNTY SCH DIST GO ULTD TAC SCH | B | Interest | | | Redeemed | 05/01/19 | M | | |
| 15. | TOYOTA FINL SVGS BK HEND NV | A | Interest | K | T | | | | | |
| 16. | WENTZVILLE-IV DIST MO LEASE | C | Interest | M | T | | | | | |
| 17. | AMERICAN EUROPACIFIC GROWTH CLASS F2 | C | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pappert, Gerald J.** | 10/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | C | Distribution | | | | | | | |
| 19. CALAMOS MARKET NEUTRAL INCOME CL 1 | C | Dividend | N | T | Buy (add'l) | 02/28/19 | J | | |
| 20. | | | | | Buy (add'l) | 05/07/19 | M | | |
| 21. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 22. ISHARES TR JP MOR EM MK EFT | D | Dividend | N | T | Buy (add'l) | 01/04/19 | M | | |
| 23. | | | | | Buy (add'l) | 05/08/19 | J | | |
| 24. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 25. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 26. | | | | | Sold (part) | 06/24/19 | J | A | |
| 27. FIDELITY GOVERNMENT CASH RESERVES | A | Dividend | K | T | | | | | |
| 28. FIDELITY TREASURY MONEY MARKET FUND | B | Dividend | L | T | | | | | |
| 29. GATEWAY FUND CLASS Y | A | Dividend | | | Sold (part) | 02/27/19 | K | C | |
| 30. | | | | | Sold (part) | 03/06/19 | L | D | |
| 31. | | | | | Sold (part) | 04/25/19 | K | C | |
| 32. | | | | | Sold (part) | 05/07/19 | K | C | |
| 33. | | | | | Sold | 06/18/19 | M | D | |
| 34. ISHARE INC CORE MSCI EMERGING MKTS ETF | E | Dividend | O | T | Buy (add'l) | 12/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pappert, Gerald J.** | 10/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ISHARES CORE S&P MID-CAP EFT | D | Dividend | O | T | | | | | |
| 36. ISHARES CORE S&P SMALL-CAP ETF | C | Dividend | M | T | Sold<br>(part) | 07/26/19 | J | A | |
| 37. ISHARES CORE S&P 500 ETF | F | Dividend | P1 | T | Sold<br>(part) | 01/30/19 | J | A | |
| 38. | | | | | Sold<br>(part) | 05/31/19 | L | D | |
| 39. | | | | | Sold<br>(part) | 06/05/19 | K | E | |
| 40. | | | | | Sold<br>(part) | 07/26/19 | J | D | |
| 41. ISHARES RUSSELL 2000 ETF | C | Dividend | N | T | | | | | |
| 42. ISHARES TR CORE MSCI TOTAL | D | Dividend | M | T | | | | | |
| 43. ISHARES US TECHNOLOGY ETF | A | Dividend | L | T | Sold<br>(part) | 01/10/19 | J | D | |
| 44. MERGER FUND | A | Dividend | J | T | | | | | |
| 45. | A | Distribution | | | | | | | |
| 46. INDEXIQ ETF IQ ARB MERGER<br>ARBITRA ETF | | None | N | T | | | | | |
| 47. VANGUARD INDEX FDS VANGUARD<br>TOTAL STK MKT ETF | B | Dividend | M | T | | | | | |
| 48. WELLS FARGO PREMIER LARGE CO<br>GRWTH ADMIN | A | Distribution | J | T | | | | | |
| 49. AMERICAN WASHINGTON MUTUAL<br>INVESTORS F2 | D | Dividend | M | T | Sold<br>(part) | 06/18/19 | L | E | |
| 50. | D | Distribution | | | Sold<br>(part) | 11/25/19 | K | D | |
| 51. EXXON MOBIL CORP (X) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pappert, Gerald J.** | 10/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. FLBEACH, OC, LLC | C | Distribution | K | U | | | | | |
| 53. ALTOONA NPRE, LP | B | Distribution | L | U | | | | | |
| 54. PACIFIC LIFE FIXED ACCOUNT | C | Interest | L | T | | | | | |
| 55. PACIFIC LIFE 1-YEAR HIGH PAR INDEX (S & P 500 INDEX) | E | Interest | M | T | | | | | |
| 56. 1 YEAR INTERNATIONAL INDEX FUND EURO STOCK 500 | B | Interest | L | T | | | | | |
| 57. URBAN STORAGE FUND, LP | | None | M | U | | | | | |
| 58. VILLAGE OF CANTERBURY, LP | | None | M | U | | | | | |
| 59. HONEY FARMS MANAGEMENT, LLC | D | Interest | L | U | | | | | |
| 60. ISHARES CORE MSCI EAFE ETF | D | Dividend | N | T | Buy (add'l) | 12/09/19 | J | | |
| 61. FIDELITY INTERM MUNI INCOME | D | Dividend | M | T | Buy (add'l) | 01/04/19 | J | | |
| 62. | A | Distribution | | | Buy (add'l) | 04/05/19 | K | | |
| 63. HEMPFIELD PA AREA SCHOOL DISTRICT 3/15/2024 | C | Interest | M | T | | | | | |
| 64. HURST TEX TAX & WATER & SEWER 08/15/22 | C | Interest | M | T | | | | | |
| 65. ISHARES FLOATING RATE EFT | | None | | | Sold | 01/04/19 | N | | |
| 66. MISSOULA COUNTY MNT HIGH 07/01/2024 | B | Interest | M | T | | | | | |
| 67. WESTWOOD HEIGHTS MICH SCHOOL 05/01/2021 | C | Interest | M | T | | | | | |
| 68. IQ HEDGE MULTI-STRATEGY TRACKER EFT | | None | | | Sold | 05/07/19 | N | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 10/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. FIDELITY INFLAT-PROT BOND INDEX FUND | A | Dividend | M | T | Buy (add'l) | 01/04/19 | M | | |
| 70. | C | Distribution | | | Buy (add'l) | 04/05/19 | J | | |
| 71. MICROSOFT CORP NOTE 11/03/22 | A | Interest | K | T | | | | | |
| 72. STATE BK INDIA NEW YORK 3/06/2023 | A | Interest | K | T | | | | | |
| 73. FIDELITY TOTAL MARKET INDEX FUND | A | Dividend | J | T | | | | | |
| 74. | A | Distribution | | | | | | | |
| 75. FIDELITY TOTAL BOND Cl Z | A | Dividend | K | T | Sold (part) | 01/30/19 | J | | |
| 76. | A | Distribution | | | Buy (add'l) | 03/01/19 | J | | |
| 77. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 78. FIDELITY 500 INDEX FUND | A | Dividend | K | T | | | | | |
| 79. | A | Distribution | | | | | | | |
| 80. GARDENS OF GERMANTOWN | | None | M | U | Buy | 06/18/19 | M | | |
| 81. FIDELITY LOW VOLATILITY FACTOR EFT | B | Dividend | M | T | Buy | 05/31/19 | L | | |
| 82. | | | | | Buy (add'l) | 06/05/19 | K | | |
| 83. | | | | | Sold (part) | 12/09/19 | K | B | |
| 84. TORTOISE MLP & PIPELINE | A | Dividend | J | T | Buy | 02/04/19 | J | | |
| 85. FAIRBANKS OHIO LOC SCH DIST | A | Interest | M | T | Buy | 10/21/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pappert, Gerald J.** | 10/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. GREENWOOD ARK SCHOO DIST | A | Interest | M | T | Buy | 08/12/19 | M | | |
| 87. TRENDTON TEX INDPT SCH DIST | | None | M | T | Buy | 09/04/19 | M | | |
| 88. ALLY BK MIDVALE UTAH CD | A | Interest | K | T | Buy | 06/19/19 | K | | |
| 89. COMENITY CAP BK UTAH CD | A | Interest | K | T | Buy | 05/02/19 | K | | |
| 90. ISHARES CORE 1-5 YEARS USD BOND EFT | B | Dividend | | | Buy | 05/17/19 | M | | |
| 91. | | | | | Buy<br>(add'l) | 05/20/19 | K | | |
| 92. | | | | | Buy<br>(add'l) | 06/07/19 | L | | |
| 93. | | | | | Buy<br>(add'l) | 10/16/19 | M | | |
| 94. | | | | | Sold<br>(part) | 08/12/19 | M | B | |
| 95. | | | | | Sold<br>(part) | 09/04/19 | M | B | |
| 96. | | | | | Sold | 10/21/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust No. 1 listed on line 2 of Part I of this Report is an unfunded trust.

Line 52 - FL Beach, OC LLC was purchased 08/01/2014 - $50,000

Line 53 - Altoona NPRE, LP was purchased 10/28/2015 - $100,000

Line 54 - Fixed Account part of PacLife policy.

Life 55 - Index Fund part of PacLife policy.

Line 57 - Urban Storage Fund, LP was purchased 07/03/2013 $100,000 & Additional purchase on 04/04/2014 $100,000

Line 58 - Village of Canterbury, LP was purchased 04/12/2012 - $150,000

Line 59 - Honey Farms Management LLC was purchased on 11/04/2016 $100,000

Line 80 - Gardens of Germantown was purchased 06/18/2019 $200,000

Lines 18, 45, 48, 50, 62, 70, 74, 76, 79   Income coded as distributions are Capital Gains

| Name of Person Reporting | Date of Report |
|---|---|
| Pappert, Gerald J. | 10/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald J. Pappert**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544